1  PHILLIP A. TALBERT
   United States Attorney
2  AMANDA BECK
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8               IN THE UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,         CASE NO. 2:17-MJ-0138 EFB

                Plaintiff,

12                                     [PROPOSED] ORDER TO UNSEAL COMPLAINT

          v.
13
   DANIEL BARRAZA-BAZUA,
14
                Defendant.
15

16

17    The government's request to unseal the complaint and this case is GRANTED.

18

19  Dated: 8-9-2017

20                                          Hon. Edmund F. Brennan
                                            U.S. MAGISTRATE JUDGE