| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | SEAN RIORDAN, #255752 |
| | Assistant Federal Defenders |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Telephone: (916) 498-5700 |
| 5 | Attorneys for Defendant |
| | DANIEL BARRAZA-BAZUA |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:17-cr-00142-KJM-1 |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER |
| | ) FOR EXTENSION TO POST BOND |
| v. | ) |
| | ) Judge: Hon. Deborah Barnes |
| DANIEL BARRAZA-BAZUA, | ) |
| Defendants. | ) |

The United States of America, through its counsel, Assistant United States Attorney Amanda Beck, and defendant, Daniel Barraza-Bazua, through Assistant Federal Defender, Sean Riordan, stipulate that the posting of the $100,000 secured bond by real property is extended by one week to August 25, 2017.

On August 11, 2017, the Court granted the defendant until August 18, 2017 to submit the secured bond paperwork. Counsel is still awaiting the Property Insurance Report and additional time is required for the parties to notarize and record the deed of trust. Accordingly, the parties agree that the deadline for posting the property bond may be extended an additional week, to

///

///

///

August 25, 2017. This Office has contacted Assistant United States Attorney Amanda Beck and she has no objection to this request.

DATED: August 18, 2017  HEATHER E. WILLIAMS
Federal Defender

*/s/Noa Oren for Sean Riordan*
SEAN RIORDAN
Assistant Federal Defender
Attorney for DANIEL BARRAZA-BAZUA

DATED: August 18, 2017  PHILLIP A. TALBERT
United States Attorney

*/s/ Amanda Beck*
AMANDA BECK
Assistant U.S. Attorney
Attorney for Plaintiff

## **O R D E R**

Finding good cause, the Court grants the defendant a one week extension to August 25, 2017 in which to post the $100,000 real property secured bond.

Dated: August 18, 2017

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE